**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**CASE NO.: 1:23-cv-01187**

LANCE WEBB, an Illinois resident,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

BLUE OTTER LLC d/b/a BLUE OTTER
POLARIZED, a Georgia limited liability
company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Lance Webb ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Each party shall bear their own fees and costs.

Dated: May 17, 2023.

Respectfully submitted,

*/s/ Jeff Ostrow*_____
Jeff Ostrow, Esq.
Steven Sukert, Esq.
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
sukert@kolawyers.com

Andrew J. Shamis, Esq.
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

Adam A. Schwartzbaum, Esq.
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-725-1245
adam@edelsberglaw.com

*Counsel for Plaintiff and the Putative Class*