# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lance Webb

                        Plaintiff,

v.                                              Case No.: 1:23–cv–01187
                                                    Honorable Manish S. Shah

Blue Otter LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [12], this case is dismissed without prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.